UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DASHONE MARCEL REYNOLDS                          CIVIL ACTION

VERSUS                                                      NO. 22-247

ORLEANS PARISH MAGISTRATE                        SECTION "R" (2)
COURT

# ORDER

Petitioner Dashone Reynolds, proceeding *pro se* and *in forma pauperis*, brings this action for a writ of habeas corpus under 28 U.S.C. § 2241.[1]  On August 3, 2023, Magistrate Judge Donna Phillips Currault issued a Report & Recommendation ("R&R"), recommending that the petition for habeas relief under § 2241 be dismissed as moot.[2]  The Magistrate Judge further recommended that the petition not be recharacterized under § 2254 because Reynold's state court conviction is not yet final and he has not exhausted available state court review of his claims in a procedurally proper manner through the Louisiana Supreme Court.[3]

---

[1]  R. Doc. 3.
[2]  R. Doc. 9.
[3]  *Id.*

Reynolds did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Currault's R&R as its opinion. Reynold's petition is DISMISSED WITHOUT PREJUDICE as moot.

New Orleans, Louisiana, this __21st__ day of August, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE